■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS RODRIGUEZ, Appellant. [999 NYS2d 745]—

Order, Supreme Court, New York County (Ruth Pickholz, J.), entered on or about December 10, 2012, which denied defendant's CPL 440.46 motion for resentencing, unanimously affirmed.

The court properly exercised its discretion in determining that substantial justice dictated the denial of defendant's motion for resentencing. Resentencing is discretionary (*People v Sosa*, 18 NY3d 436, 442-443 [2012]), and courts may deny the applications of persons who "have shown by their conduct that they do not deserve relief from their sentences" (*People v Paulin*, 17 NY3d 238, 244 [2011]). The mitigating factors cited by defendant are outweighed by his extremely serious criminal history and prison disciplinary record. Defendant has been convicted of two homicides, the second of which was committed against a fellow prison inmate. Concur—Sweeny, J.P., Renwick, Moskowitz, Feinman and Kapnick, JJ.